UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DOUGLAS STORHOFF,<br><br>        Defendant. | Case No. CR08-5494-JLR<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    COUNT 1:    POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

<u>Date of Detention Hearing</u>:    February 3, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

(2) Defendant has an extensive criminal history.

(3) Defendant has a history of failing to appear and to comply with court orders.

(4) Defendant has an on-going substance abuse problem.

(5) Defendant is associated with two social security numbers.

(6) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of February, 2009.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge